VALARIE SHANTAY SHEPHERD
10171 RD 1321
UNION, MS 39365

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MY QUICK WALLET
P.O. BOX 1146
MISSION, SD 57555

21ST MORTGAGE CORP
ATTN: BANKRUPTCY
620 MARKET STREET
KNOXVILLE, TN 37902

PURCHASING POWER
1375 PEACHTREE STREET
SUITE 500
ATLANTA, GA 30309

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

RUSH MEDICAL
P.O. BOX 23337
JACKSON, MS 39225

CENTRAL RESEARCH INC
CRI, ATTN: BANKRUPTCY
P.O. BOX 83106
LINCOLN, NE 68501

SUNRISE CREDIT SERVICE
ATTN: BANKRUPTCY
PO BOX 9004
MELVILLE, NY 11747

CHECK INTO CASH
905 W BEACON ST
PHILADELPHIA, MS 39350

UMECO TURNER
10171 RD 1321
UNION, MS 39365

CREDENCE RESOURCE
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101

EXPRESS CREDIT, INC.
922 W BEACON ST
PHILADELPHIA, MS 39350

WILLIAMS RUSH & ASSOCI
ATTN: BANKRUPTCY
4144 N CENTRAL EXPY
STE 945
DALLAS, TX 75204

LENDSWIFT
80 SW 8TH ST STE 2000
MIAMI, FL 33130

WILLIAMS, RUSH & ASSOC
4144 N CENTRAL EXPY
STE 945
DALLAS, TX 75204