United States Bankruptcy Court
Southern District of Mississippi

In re:
Valarie Shantay Shepherd
Debtor

Case No. 26-01981-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: admin | Page 1 of 2
Date Rcvd: Nov 13, 2026 | Form ID: n032 | Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valarie Shantay Shepherd, 10171 Rd 1321, Union, MS 39365-8968 |
| 5699745 | + | Express Credit, Inc., 922 W Beacon St, Philadelphia, MS 39350-3202 |
| 5699750 | + | Rush Medical, P.O. Box 23337, Jackson, MS 39225-3337 |
| 5710014 | + | Southern Premier Auto, 922 W. Beacon St., Philadelphia MS 39350-3202 |
| 5699752 | + | Umeco Turner, 10171 Rd 1321, Union, MS 39365-8968 |
| 5699755 | + | Williams, Rush & Assoc, 4144 N Central Expy, Ste 945, Dallas, TX 75204-2112 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5699740 | | Email/Text: ebn@21stmortgage.com | Nov 13 2026 19:14:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5714711 | | Email/Text: ebn@21stmortgage.com | Nov 13 2026 19:14:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5699748 | | Email/Text: admin@rosebudlending.com | Nov 13 2026 19:14:00 | My Quick Wallet, P.O. Box 1146, Mission, SD 57555 |
| 5699741 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Nov 13 2026 19:14:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5699742 | + | Email/Text: Claims@cri.studentaid.gov | Nov 13 2026 19:14:00 | Central Research Inc, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 5699743 | + | Email/Text: bkinfo@ccfi.com | Nov 13 2026 19:14:00 | Check Into Cash, 905 W Beacon St, Philadelphia, MS 39350-3229 |
| 5699744 | + | Email/Text: bankruptcy@credencerm.com | Nov 13 2026 19:14:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5699746 | ^ | MEBN | Nov 13 2026 19:10:39 | LendSwift, 80 SW 8th St Ste 2000, Miami, FL 33130-3038 |
| 5699747 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 13 2026 19:14:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5709868 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 13 2026 19:14:00 | Mississippi Department of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5699749 | + | Email/Text: bankruptcy@purchasingpower.com | Nov 13 2026 19:14:00 | Purchasing Power, 1375 Peachtree Street, Suite 500, Atlanta, GA 30309-3109 |
| 5699751 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 13 2026 19:14:00 | Sunrise Credit Service, Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 5703947 | + | Email/Text: Claims@cri.studentaid.gov | Nov 13 2026 19:14:00 | U.S. Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |
| 5724214 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2026 19:21:12 | Verizon, by AIS InfoSource LP as agent, 4515 N |

| | | | |
|---|---|---|---|
| | | | Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5699753 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Nov 13 2026 19:14:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |
| 5699754 | + | Email/Text: CHRISTAL@WILLIAMSRUSH-ASSOCIATES.COM<br>Nov 13 2026 19:14:00 | Williams Rush & Associ, Attn: Bankruptcy, 4144 N Central Expy, Ste 945, Dallas, TX 75204-2112 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Valarie Shantay Shepherd trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−01981−JAW
**Chapter:** 13

**In re:**

Valarie Shantay Shepherd
aka Valerie Shepherd
10171 Rd 1321
Union, MS 39365

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 11/13/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 13, 2026

Danny L. Miller, Clerk of Court